UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEWAGE PRODUCTS, INC,

    Plaintiff,

vs.                                                               Case No. 13-14976

EAGLE INDUSTRIAL GROUP, et al.,              HON. AVERN COHN

    Defendants.

_____/

## ORDER

This is a patent case. The Court held a status conference on March 6, 2014. The status conference is adjourned to **April 21, 2014 at 10:00 a.m.** In the interim the parties have 30 days in which to amend their pleadings. As to the defendant's Motion to Dismiss (doc. 8) proceedings are STAYED until further order of the Court.

SO ORDERED.

                S/Avern Cohn
                AVERN COHN
                UNITED STATES DISTRICT JUDGE

Dated: March 10, 2014

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 10, 2014, by electronic and/or ordinary mail.

                S/Sakne Chami
                Case Manager, (313) 234-5160